UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANGUS PARTNERS LLC d/b/a Angus Energy
and WHITE CRANE MARTIAL ARTS, INC.,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

    v.

JAY WALDER,
individually and in his official capacity,
JAMES FERRARA,
individually and in his official capacity,
METROPOLITAN TRANSPORTATION
AUTHORITY and TRIBOROUGH BRIDGE
AND TUNNEL AUTHORITY d/b/a
METROPOLITAN TRANSPORTATION
AUTHORITY BRIDGES & TUNNELS,

    Defendants.

------------------------------------------------------------x

No.

Plaintiffs' Disclosure Statement under Fed.R.Civ.P. 7.1

    Under Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs, Angus Partners LLC d/b/a Angus Energy and White Crane Martial Arts, Inc., certify that the Plaintiffs do not have

any parent companies and that no publicly held corporation owns a 10% or greater interest in the companies.

Dated: New York, New York
January 4, 2011

Respectfully Submitted,

By: _____
Harley J. Schnall
One of Plaintiffs' Attorneys

Attorneys for Plaintiffs and Class

Brian L. Bromberg
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
(212) 248-7906

Harley J. Schnall
Law Office of Harley J. Schnall
711 West End Avenue
New York, NY 10025
(212) 678-6546